# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**CHRISTOPHER GRADY**                                                      **PETITIONER**

**v.**                **No. 1:15CV172-SA-DAS**

**STATE OF MISSISSIPPI**                                                      **RESPONDENT**

## CERTIFICATE OF APPEALABILITY

A final order having been issued in either a *habeas corpus* proceeding in which the detention complained of arises out of process issued by a state court under 28 U.S.C. § 2254 or § 2241 or in a proceeding under 28 U.S.C. § 2255, the Court, considering the record in the case and the requirements of Fed. R. App. P. 22(b) and 28 U.S.C. § 2253(c), hereby finds that

### PART A
☐     The applicant has made a substantial showing of the denial of a constitutional right.

**SPECIFIC ISSUE(S):**

☒     **A certificate of appealability should not issue.**

**REASONS FOR DENIAL:**

For the reasons stated in the opinion, the court finds that the Petitioner has failed to "demonstrate that the issues are debatable among jurists of reason; that a court could resolve issues in a different manner; or that the questions are adequate to deserve encouragement to proceed further." *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4, 103 S.Ct. 3383, 3394 n.4, 77 L.Ed.2d 1090 (1993) (superceded by statute) (citations and quotations omitted); 28 U.S.C. § 2253(1) and (2). Specifically, the court finds, for the reasons set forth in its, memorandum opinion and final judgment, that the instant petition for a writ of *habeas corpus* should be dismissed for failure to exhaust state remedies.

### PART B (if applicable)
☐     The party appealing is entitled to proceed *in forma pauperis*.
☒     **The party appealing is not entitled to proceed *in forma pauperis*.**

**REASONS FOR DENIAL**:

The Court finds that the Petitioner's appeal is not taken in good faith because it is frivolous and has no possibility of success.  *See* [Fed. R. App. P. 24](Fed. R. App. P. 24).

**SO ORDERED**, this, the 3rd day of May, 2016.

                                                **/s/ Sharion Aycock**
                                                **U.S. DISTRICT JUDGE**