# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**CHRISTOPHER GRADY**                                                 **PETITIONER**

**v.**                                                                              **No. 1:15CV172-SA-DAS**

**STATE OF MISSISSIPPI**                                             **RESPONDENT**

## ORDER DENYING MOTION [24] TO
## EXPAND THE RECORD

This matter comes before the court on the request by the *pro se* petitioner to expand the record in this case filed under 28 U.S.C. § 2254. In a § 2254 proceeding, a judge has the discretion to require the parties to expand the record as necessary and, if good cause is shown, authorize limited discovery. *Rules Governing Section 2254 Proceedings,* Rules 6–7. As this case has been dismissed for failure to exhaust state remedies, expanding the record could not affect the resolution of this case, As such, the instant motion [24] is **DENIED**.

**SO ORDERED**, this, the 9th day of March, 2017.

                                                                          /s/ Sharion Aycock
                                                                          **U.S. DISTRICT JUDGE**